United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 20, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 05-41163
Conference Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFREDO HERNANDEZ-LOSOYA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-272-2
--------------------

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Alfredo Hernandez-Losoya
has requested leave to withdraw and has filed a brief in
accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967).
Hernandez-Losoya has not filed a response. Our independent
review of the brief and the record discloses no nonfrivolous
issue for appeal. Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.